IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

Civil Minutes - General

Case No:   4:21-cv-167-DMB-DAS                                        Place Held:
                                                                    Amory Teleconference

Style: Davis v USA

Date:   February 9, 2024

    Begin:   10:00
    End:   11:50

Total Time:   1 hour and 50 minutes

PRESENT:                    David A. Sanders    United States Magistrate Judge

    Beth Featherston

ATTORNEY PRESENT

FOR PLAINTIFF(S)                                FOR DEFENDANT(S)

Britt Virden                                    Stuart Davis
                                                Sam Wright
                                                Arnold Luciano
                                                McKenzie Price

PROCEEDINGS: Final pretrial confernce held.

Docket Order:   The case has settled.

    DAVID CREWS, CLERK

    By:   /s/ Beth Featherston
        Law Clerk